**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HAMIDULLAH,<br>　　Detainee, United States Air Force<br>　　Base at Bagram, Afghanistan, and<br><br>WAKEEL KHAN,<br>　　as next friend to HAMIDULLAH,<br><br>　　　　Petitioners,<br><br>　　　　v.<br><br>BARACK OBAMA,<br>　　President of the United States,<br><br>CHARLES T. HAGEL,[1]<br>　　Secretary of Defense,<br><br>COL. JACK L. BRIGGS II,<br>　　Commander, and<br><br>JOHN AND/OR JANE DOES Nos. 1-5,<br>　　Custodians,<br><br>　　　　Respondents. | Civil Action No. 10-758 (JDB) |

## ORDER

Upon consideration of [36] petitioners' response to [35] the Court's March 31, 2014 Order calling for further submissions on the issue of mootness, the government's representation that the United States has "relinquish[ed] all legal and physical custody and control over Hamidullah," petitioners' acknowledgment that they cannot satisfy the standard for jurisdiction under Gul v. Obama, 652 F.3d 12 (D.C. Cir. 2011), the government's consent, and the entire record herein, it

---

[1] The Court has substituted the current Secretary of Defense, Charles T. Hagel, in place of his predecessor, former Secretary Robert M. Gates, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

is hereby

**ORDERED** that [8] Hamidullah's amended petition for a writ of habeas corpus is **DISMISSED AS MOOT**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: <u>April 9, 2014</u>